FORM 1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | | |
|---|---|---|
| AMERICAN EEL DEPOT CORP | | |
| | Plaintiff, | Court No. 21-00279 |
| v. | | |
| UNITED STATES OF AMERICA, | | |
| | Defendant. | **SUMMONS** |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

| **PROTEST** | | | | | |
|---|---|---|---|---|---|
| Port of Entry: Newark, NJ | | | Date Protest Filed: See attached schedule | | |
| Protest Number: See attached schedule | | | Date Protest Denied: See attached schedule | | |
| Importer: AMERICAN EEL DEPOT CORP | | | | | |
| Category of Merchandise: Frozen roasted eel | | | | | |
| **ENTRIES INVOLVED IN ABOVE PROTEST** | | | | | |
| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| | | | | | |
| | | See attached schedule | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director, | |
| U.S. Customs & Border Protection<br>1100 Raymond Blvd.<br>Newark, NJ 07102 | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP<br>599 Lexington Avenue, 36th floor<br>New York, New York 10022<br>RSeely@gdlsk.com<br>(212) 557-4000 |
| *Address of Customs Port in Which Protest Was Denied* | *Name, Address and Telephone Number of Plaintiff's Attorney* |

Page 1

11107827_1

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Frozen roasted eel | 9903.88.03 HSTS<br>1604.17.1000 HTS | 10% ad val.<br>4% ad val. | 1604.17.1000 HTS | 4% ad val |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim: The frozen roasted eel is a product of United States or a specified country in Europe for Customs country of origin marking purposes and not subject to Section 301 duties applicable to products of China. |

| The issue which was common to all such denied protests: |
|---|
| |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/  Robert F. Seely

Date:  6/10/2021

| PROTEST NUMBER | DATE FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4601-20-109701 | 2/26/2020 | 12/18/2020 | TZ6-0209417-7 | 10/11/2018 | 9/6/2019 |
| 4601-20-109701 | 2/26/2020 | 12/18/2020 | TZ6-0209099-3 | 10/7/2018 | 9/6/2019 |
| PROTEST NUMBER | DATE FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
| 4601-20-110105 | 3/5/2020 | 12/18/2020 | TZ6-0209626-3 | 10/19/2018 | 9/13/2019 |
| 4601-20-110105 | 3/5/2020 | 12/18/2020 | TZ6-0209764-2 | 10/19/2018 | 9/13/2019 |
| PROTEST NUMBER | DATE FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
| 4601-20-110839 | 3/17/2020 | 12/16/2020 | TZ6-0210074-3 | 10/25/2018 | 9/20/2019 |
| 4601-20-110839 | 3/17/2020 | 12/16/2020 | TZ6-0210637-7 | 11/5/2018 | 10/4/2019 |
| PROTEST NUMBER | DATE FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
| 4601-20-111432 | 3/26/2020 | 12/18/2020 | TZ6-0212339-8 | 12/16/2018 | 11/8/2019 |
| 4601-20-111432 | 3/26/2020 | 12/18/2020 | FS2-1851388-5 | 12/18/2018 | 11/8/2019 |
| 4601-20-111432 | 3/26/2020 | 12/18/2020 | TZ6-0213041-9 | 12/4/2018 | 11/1/2019 |
| 4601-20-111432 | 3/26/2020 | 12/18/2020 | TZ6-0212804-1 | 12/13/2018 | 11/8/2019 |
| 4601-20-111432 | 3/26/2020 | 12/18/2020 | TZ6-0212739-9 | 12/13/2018 | 11/8/2019 |
| 4601-20-111432 | 3/26/2020 | 12/18/2020 | TZ6-0212338-0 | 12/10/2018 | 11/1/2019 |
| 4601-20-111432 | 3/26/2020 | 12/18/2020 | TZ6-0212336-4 | 12/10/2018 | 11/1/2019 |
| 4601-20-111432 | 3/26/2020 | 12/18/2020 | TZ6-0212077-4 | 12/4/2018 | 11/1/2019 |
| 4601-20-111432 | 3/26/2020 | 12/18/2020 | TZ6-0211803-4 | 11/28/2018 | 10/25/2019 |
| 4601-20-111432 | 3/26/2020 | 12/18/2020 | TZ6-0211685-5 | 12/1/2018 | 10/25/2019 |
| 4601-20-111432 | 3/26/2020 | 12/18/2020 | TZ6-0211587-3 | 12/1/2018 | 10/25/2019 |
| 4601-20-111432 | 3/26/2020 | 12/18/2020 | TZ6-0211417-3 | 11/19/2018 | 10/18/2019 |
| 4601-20-111432 | 3/26/2020 | 12/18/2020 | TZ6-0211093-2 | 11/23/2018 | 10/18/2019 |
| 4601-20-111432 | 3/26/2020 | 12/18/2020 | TZ6-0212740-7 | 12/10/2018 | 11/1/2019 |

**Port Director**
U.S. Customs & Border Protection
1100 Raymond Blvd.
Newark, NJ 07102

| PROTEST NUMBER | DATE FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4601-20-113733 | 05/05/2020 | 01/08/2021 | TZ6-0212661-5 | 12/19/2018 | 11/15/2019 |
| 4601-20-113733 | 05/05/2020 | 01/08/2021 | FS2-1851397-6 | 01/23/2019 | 12/13/2019 |
| 4601-20-113733 | 05/05/2020 | 01/08/2021 | FS2-1851294-5 | 12/18/2018 | 11/15/2019 |
| 4601-20-113733 | 05/05/2020 | 01/08/2021 | TZ6-0214908-8 | 01/28/2019 | 12/20/2019 |
| 4601-20-113733 | 05/05/2020 | 01/08/2021 | TZ6-0214580-5 | 01/23/2019 | 12/20/2019 |
| PROTEST NUMBER | DATE FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
| 4601-20-117309 | 07/02/2020 | 12/18/2020 | TZ6-0216591-0 | 03/09/2019 | 02/07/2020 |
| 4601-20-117309 | 07/02/2020 | 12/18/2020 | TZ6-0216718-9 | 03/09/2019 | 01/31/2020 |
| 4601-20-117309 | 07/02/2020 | 12/18/2020 | TZ6-0216222-2 | 02/27/2019 | 01/24/2020 |
| 4601-20-117309 | 07/02/2020 | 12/18/2020 | TZ6-0215571-3 | 02/13/2019 | 01/10/2020 |
| 4601-20-117309 | 07/02/2020 | 12/18/2020 | TZ6-0215453-4 | 02/13/2019 | 01/10/2020 |
| 4601-20-117309 | 07/02/2020 | 12/18/2020 | TZ6-0215452-6 | 02/13/2019 | 01/10/2020 |
| 4601-20-117309 | 07/02/2020 | 12/18/2020 | TZ6-0216717-1 | 03/17/2019 | 02/07/2020 |
| 4601-20-117309 | 07/02/2020 | 12/18/2020 | TZ6-0216224-8 | 02/27/2019 | 01/24/2020 |
| 4601-20-117309 | 07/02/2020 | 12/18/2020 | TZ6-0215932-7 | 03/15/2019 | 01/31/2020 |
| PROTEST NUMBER | DATE FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
| 4601-20-119556 | 08/12/2020 | 12/18/2020 | TZ6-6000585-9 | 04/01/2019 | 02/21/2020 |
| 4601-20-119556 | 08/12/2020 | 12/18/2020 | TZ6-6003493-3 | 06/04/2019 | 05/01/2020 |
| 4601-20-119556 | 08/12/2020 | 12/18/2020 | TZ6-6001846-4 | 05/07/2019 | 04/03/2020 |
| 4601-20-119556 | 08/12/2020 | 12/18/2020 | TZ6-6002803-4 | 05/21/2019 | 04/17/2020 |
| 4601-20-119556 | 08/12/2020 | 12/18/2020 | TZ6-6001615-3 | 04/30/2019 | 03/27/2020 |
| 4601-20-119556 | 08/12/2020 | 12/18/2020 | TZ6-6003090-7 | 05/29/2019 | 04/24/2020 |
| PROTEST NUMBER | DATE FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
| 4601-20-122613 | 10/21/2020 | 12/18/2020 | TZ6-6004197-9 | 06/27/2019 | 05/22/2020 |
| 4601-20-122613 | 10/21/2020 | 12/18/2020 | TZ6-6005373-5 | 06/24/2019 | 05/22/2020 |
| 4601-20-122613 | 10/21/2020 | 12/18/2020 | TZ6-6005162-2 | 07/19/2019 | 06/12/2020 |
| 4601-20-122613 | 10/21/2020 | 12/18/2020 | TZ6-6003334-9 | 06/04/2019 | 05/01/2020 |
| 4601-20-122613 | 10/21/2020 | 12/18/2020 | TZ6-6003576-5 | 06/11/2019 | 05/08/2020 |
| 4601-20-122613 | 10/21/2020 | 12/18/2020 | TZ6-6003855-3 | 06/21/2019 | 05/15/2020 |
| 4601-20-122613 | 10/21/2020 | 12/18/2020 | TZ6-6004269-6 | 06/27/2019 | 05/22/2020 |

11107827_1

| PROTEST NUMBER | DATE FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4601-20-124287 | 12/16/2020 | 12/18/2020 | TZ6-6006387-4 | 08/06/2019 | 07/03/2020 |
| 4601-20-124287 | 12/16/2020 | 12/18/2020 | TZ6-6006043-3 | 07/30/2019 | 06/26/2020 |
| 4601-20-124287 | 12/16/2020 | 12/18/2020 | TZ6-6005840-3 | 07/30/2019 | 06/26/2020 |
| 4601-20-124287 | 12/16/2020 | 12/18/2020 | TZ6-6007500-1 | 09/03/2019 | 07/31/2020 |
| 4601-20-124287 | 12/16/2020 | 12/18/2020 | TZ6-6007604-1 | 09/09/2019 | 07/31/2020 |
| 4601-20-124287 | 12/16/2020 | 12/18/2020 | TZ6-6008088-6 | 09/20/2019 | 08/14/2020 |
| PROTEST NUMBER | DATE FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
| 4601-21-125173 | 01/28/2021 | 02/02/2021 | TZ6-6008917-6 | 10/01/2019 | 08/28/2020 |
| 4601-21-125173 | 01/28/2021 | 02/02/2021 | TZ6-6008762-6 | 10/01/2019 | 08/28/2020 |
| 4601-21-125173 | 01/28/2021 | 02/02/2021 | TZ6-6008565-3 | 09/28/2019 | 08/21/2020 |
| 4601-21-125173 | 01/28/2021 | 02/02/2021 | K09-0080130-7 | 09/10/2019 | 08/07/2020 |
| 4601-21-125173 | 01/28/2021 | 02/02/2021 | TZ6-6009901-9 | 11/01/2019 | 09/25/2020 |