UNITED STATES COURT OF INTERNATIONAL TRADE

```
-----------------------------------------------------------------x
AMERICAN EEL DEPOT CORP                     :
                                            :
                Plaintiff,                  :
                                            :
        v.                                  :
                                            :   Court No. 21-00279
UNITED STATES,                              :
                                            :
                Defendant.                  :
-----------------------------------------------------------------x
```

## ORDER

Upon consideration of plaintiff's consent motion to sever and dismiss, it is hereby

**ORDERED** that plaintiff's motion is granted; and it is further

**ORDERED** that the following entries are severed from this case and that this action is dismissed as to these entries:

TZ6-0209099-3;
TZ6-0209417-7;
TZ6-0209626-3;
TZ6-0209764-2;
TZ6-0210074-3;
TZ6-0210637-7;
TZ6-0212077-4;
TZ6-6001846-4;
TZ6-6003090-7;
TZ6-6003493-3;
TZ6-6003334-9;
TZ6-6003576-5;
TZ6-6003855-3;
TZ6-6005373-5;
TZ6-6004197-9;
TZ6-6004269-6;
TZ6-6005162-2;
TZ6-6005840-3;
TZ6-6006387-4;
TZ6-6007500-1;
K09-0080130-7; and
TZ6-6009901-9.

_____
Judge

Dated: June__, 2025
       New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

```
-----------------------------------------------------------x
AMERICAN EEL DEPOT CORP               :
                                      :
                Plaintiff,            :
                                      :
       v.                             :
                                      :  Court No. 21-00279
UNITED STATES,                        :
                                      :
                Defendant.            :
                                      :
-----------------------------------------------------------x
```

## CONSENT MOTION TO SEVER AND DISMISS

Pursuant to USCIT R. 1 and 7, Plaintiff American Eel Depot Corp., through its undersigned attorneys, respectfully moves for an order severing and dismissing the following entries from this action: TZ6-0209099-3; TZ6-0209417-7; TZ6-0209626-3; TZ6-0209764-2; TZ6-0210074-3; TZ6-0210637-7; TZ6-0212077-4; TZ6-6001846-4; TZ6-6003090-7; TZ6-6003493-3; TZ6-6003334-9; TZ6-6003576-5; TZ6-6003855-3; TZ6-6005373-5; TZ6-6004197-9; TZ6-6004269-6; TZ6-6005162-2; TZ6-6005840-3; TZ6-6006387-4; TZ6-6007500-1; K09-0080130-7; and TZ6-6009901-9.

Upon further review, plaintiff has concluded that the above-listed entries should not be included in this action. Therefore, it is appropriate that these entries be removed from the case.

On June 5, 2025, Edward Kenny, Esq., counsel for defendant, consented to the filing of this motion and the relief sought herein.

For the foregoing reasons, plaintiff respectfully requests that this motion be granted and that the above-listed entries be severed and dismissed from this action.

                                      Respectfully submitted,

By:   /s/ Joseph M. Spraragen
        Joseph M. Spraragen
        Grunfeld, Desiderio, Lebowitz,
        Silverman & Klestadt LLP
        *Attorneys for Plaintiff*
        599 Lexington Avenue – 36th Floor
        New York, New York 10022-7648
        Tel: (212) 557-4000
        JSpraragen@gdlsk.com

Dated:  June 5, 2025
         New York, New York

13337290_1