UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMERICAN EEL DEPOT CORP.<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Before: Joseph A. Laroski, Jr., Judge<br><br>Court No. 21-00279 |

ORDER

Upon consideration of plaintiff's consent motion to sever and dismiss, it is hereby

**ORDERED** that plaintiff's motion is granted; and it is further

**ORDERED** that the following entries are severed from this case and that this action is dismissed as to these entries:

TZ6-0209099-3;
TZ6-0209417-7;
TZ6-0209626-3;
TZ6-0209764-2;
TZ6-0210074-3;
TZ6-0210637-7;
TZ6-0212077-4;
TZ6-6001846-4;
TZ6-6003090-7;
TZ6-6003493-3;
TZ6-6003334-9;
TZ6-6003576-5;
TZ6-6003855-3;
TZ6-6005373-5;
TZ6-6004197-9;
TZ6-6004269-6;
TZ6-6005162-2;

Court No. 21-00279     Page 2

       TZ6-6005840-3;
       TZ6-6006387-4;
       TZ6-6007500-1;
       K09-0080130-7; and
       TZ6-6009901-9.

                                                  /s/     Joseph A. Laroski, Jr.
                                                                      Judge

Dated: <u>June 6, 2025</u>
       New York, New York